IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORMAN THURBER**                                                                    **PLAINTIFF**

V.                                      NO. 4:22-cv-00478-LPR

**VAN BUREN COUNTY,**
**ARKANSAS,** *et al.*                                                     **DEFENDANTS**

## ORDER OF DISMISSAL

Pending before the Court is Plaintiff Norman Thurber's motion to voluntarily dismiss the claims raised in this lawsuit. *Doc. 4*. Mr. Thurber explains that he did not intend to file a new case but instead intended the documents to be filed as evidence in another case he has pending before the Court, *Thurber v. United States Marshal Service, et al.*, E.D. Ark. Case No. 4:22-cv-00232 BRW.[1]

IT IS THEREFORE ORDERED THAT:

1. Mr. Thurber's motion to voluntarily dismiss this lawsuit (*Doc. 4.*) is GRANTED.

2. The Clerk is instructed to file docket entry #2 in *Thurber v. United States Marshal Service, et al.*, E.D. Ark. Case No. 4:22-cv-00232 BRW.

3. The Clerk also is instructed to close this case.

Dated this 8th day of June, 2022.

                                                                             LEE P. RUDOFSKY
                                                                             UNITED STATES DISTRICT JUDGE

---

[1] When he submitted Doc. 2, Mr. Thurber used the form for filing a new prisoner civil rights action. Accordingly, the Clerk understandably thought he intended to file a new case. The meaning of Mr. Thurber's notation "VOID" on top of the document was insufficient to alert the Clerk that he wanted these papers filed in a different case. For future reference, Mr. Thurber should not submit this form unless he intends to file a new case.